**Order entered February 23, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00766-CV

## MICHAEL A. NASR, Appellant

## V.

## JOHN DAVID WHITEHEAD, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-03670

## ORDER

Before the Court is the parties' agreed motion to alter and extend briefing deadlines. We **GRANT** the motion as follows. We **ORDER** Dallas County District Clerk Felicia Pitre to file, by **March 2, 2021**, a supplemental clerk's record containing Plaintiff's Motion to Modify Judgment which is attached as an exhibit to the parties' Amended Joint Written Stipulation filed with your office on

February 11, 2021.[1]  Appellee shall file an amended brief by **March 12, 2021**. Appellant's reply brief will be due within twenty days after appellee files his amended brief.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1]Plaintiff's motion to modify included in the supplemental clerk's record filed on September 29, 2020 is missing pages 2, 4, and 6.